**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BRENDA A. OWENS,                          :    No. 3 MM 2017
                                          :
          Petitioner        :
                                          :
                                          :
                                          :
        v.                  :
                                          :
                                          :
                                          :
LEHIGH VALLEY HOSPITAL,                    :
                                          :
          Respondent        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.